AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, III, Thomas E. | U.S. District Court, SC | 05/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Post Office Box 2317
Florence, SC 29501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rogers, III, Thomas E. | 05/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 05/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1.25 a Florence C (1/2011, $10,000) | | None | J | R | | | | | |
| 2. Brokerage account # 1 (Marked as # 1) | | | | | | | | | |
| 3. First Clearing, LLC - Cash balance | | None | J | T | | | | | |
| 4. # 1 - AT&T Inc. | A | Int./Div. | J | T | | | | | |
| 5. # 1 - Softbank Corp ADR | A | Dividend | | | Sold | 01/29/15 | J | A | |
| 6. # 1 - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 7. # 1 - SC Jobs Econ DV Ath Stdnt 4.25% 8/1/24 "Y" | A | Int./Div. | J | T | | | | | |
| 8. Brokerage account # 2 (Marked as # 2) | | | | | | | | | |
| 9. # 2 - Cash balance - First Clearing, LLC | A | Int./Div. | J | T | | | | | |
| 10. # 2 - Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 11. Brokerage account # 3 (Marked as # 3) | | | | | | | | | |
| 12. # 3 - Ameritrade MMDA Account - Cash balance | A | Int./Div. | J | T | | | | | |
| 13. # 3 - AT&T Inc Com (T) | | None | | | Buy | 03/11/15 | J | | |
| 14. | | | | | Sold | 03/12/15 | J | A | |
| 15. | | None | | | Buy | 03/13/15 | J | | |
| 16. | | | | | Sold | 03/16/15 | J | A | |
| 17. # 3 - Aimmune Therapeutics Inc com (AIMT) | | None | | | Buy | 10/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Buy (add'l) | 10/02/15 | J | | |
| 19. | | None | | | Buy (add'l) | 12/07/15 | J | | |
| 20. | | None | | | Buy (add'l) | 12/07/15 | J | | |
| 21. | | | | | Sold (part) | 11/25/15 | J | A | |
| 22. | | | | | Sold (part) | 12/08/15 | J | A | |
| 23. | | | | | Sold (part) | 12/10/15 | J | A | |
| 24. | | | | | Sold | 12/11/15 | J | A | |
| 25. | | None | | | Buy | 12/14/15 | J | | |
| 26. | | None | | | Buy (add'l) | 12/14/15 | J | | |
| 27. | | None | | | Buy (add'l) | 12/14/15 | J | | |
| 28. | | | | | Sold (part) | 12/14/15 | J | A | |
| 29. | | | | | Sold (part) | 12/18/15 | J | A | |
| 30. | | | | | Sold | 12/22/15 | J | A | |
| 31. #3 - Aquinox Pharmaceuticals, Inc. Com (AQXP) | | None | | | Buy | 08/11/15 | J | | |
| 32. | | | | | Sold | 08/11/15 | J | A | |
| 33. | | None | | | Buy | 09/14/15 | J | | |
| 34. | | | | | Sold | 09/14/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. # 3 - Sarepta Therapeutics Inc. Com | | None | | | Sold | 02/25/15 | J | A | |
| 36. # 3 - Dragonwave Inc Com | | None | | | Sold (part) | 02/06/15 | J | A | |
| 37. | | | | | Sold (part) | 02/12/15 | J | A | |
| 38. | | | | | Sold (part) | 02/20/15 | J | A | |
| 39. | | | | | Sold | 03/05/15 | J | A | |
| 40. # 3 - Eleven Biotherapeutics Inc. Com (EBIO) | | None | | | Buy | 08/12/15 | J | | |
| 41. | | None | | | Buy (add'l) | 08/12/15 | J | | |
| 42. | | | | | Sold (part) | 08/12/15 | J | A | |
| 43. | | | | | Sold | 08/13/15 | J | A | |
| 44. # 3 - One Horizon Group Inc Com (OHGI) | | None | | | Buy | 08/13/15 | J | | |
| 45. | | None | | | Buy (add'l) | 08/13/15 | J | | |
| 46. | | None | | | Buy (add'l) | 08/13/15 | J | | |
| 47. | | | | | Sold (part) | 08/19/15 | J | A | |
| 48. | | | | | Sold (part) | 08/20/15 | J | A | |
| 49. | | | | | Sold | 08/20/15 | J | A | |
| 50. # 3 - Second Sight Med Prods Inc Com (EYES) | | None | | | Buy | 03/11/15 | J | | |
| 51. | | | | | Sold | 03/11/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | None | | | Buy | 03/16/15 | J | | |
| 53. | | | | | Sold | 03/16/15 | J | A | |
| 54. | | None | | | Buy | 05/29/15 | J | | |
| 55. | | | | | Sold | 05/29/15 | J | A | |
| 56. | | None | | | Buy | 06/02/15 | J | | |
| 57. | | | | | Sold | 06/05/15 | J | A | |
| 58. | | None | | | Buy | 06/05/15 | J | | |
| 59. | | | | | Sold | 06/15/15 | J | A | |
| 60. | | None | | | Buy | 06/17/15 | J | | |
| 61. | | | | | Sold | 06/18/15 | J | A | |
| 62. | | None | | | Buy | 06/18/15 | J | | |
| 63. | | | | | Sold | 08/24/15 | J | A | |
| 64. | | None | | | Buy | 08/24/15 | J | | |
| 65. | | | | | Sold | 09/16/15 | J | A | |
| 66. | | None | | | Buy | 09/16/15 | J | | |
| 67. | | | | | Sold | 09/18/15 | J | A | |
| 68. | | None | | | Buy | 09/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/24/15 | J | A | |
| 70. | | None | | | Buy (add'l) | 09/23/15 | J | | |
| 71. | | | | | Sold (part) | 09/25/15 | J | A | |
| 72. | | None | | | Buy | 10/29/15 | J | | |
| 73. | | | | | Sold | 10/30/15 | J | A | |
| 74. | | None | | | Buy | 11/12/15 | J | | |
| 75. | | | | | Sold | 11/13/15 | J | A | |
| 76. | | None | | | Buy | 11/12/15 | J | | |
| 77. | | | | | Sold | 11/20/15 | J | A | |
| 78. | | None | | | Buy | 12/10/15 | J | | |
| 79. | | | | | Sold (part) | 12/11/15 | J | A | |
| 80. | | None | | | Buy (add'l) | 12/11/15 | J | | |
| 81. | | | | | Sold | 12/17/15 | J | A | |
| 82. | | None | | | Buy | 12/17/15 | J | | |
| 83. | | | | | Sold | 12/21/15 | J | A | |
| 84. #3 - Weight Watchers Intl Inc Com (WTW) | | None | | | Buy | 08/18/15 | J | | |
| 85. | | | | | Sold | 09/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  # 3 - Second Sight Med Prods Inc Eyes Oct 16 2015 10.0 Call (EYES) | | None | | | Buy | 08/18/15 | J | | |
| 87. | | | | | Sold | 09/15/15 | J | A | |
| 88.  # 3 - Second Sight Med Prods Inc Eyes Oct 16 2015 (EYES) | | None | | | Buy | 06/15/15 | J | | |
| 89. | | | | | Sold | 06/19/15 | J | A | |
| 90. | | None | | | Buy | 06/19/15 | J | | |
| 91. | | | | | Sold | 08/06/15 | J | A | |
| 92.  # 3 - Second Sight Med Prods Inc Eyes Nov 20 2015 5.0 Put (EYES) | | None | | | Buy | 10/29/15 | J | | |
| 93. | | | | | Sold | 11/18/15 | J | A | |
| 94.  # 3 Second Sight Med Prods Inc Eyes Jan 15 2016 15.0 Call (EYES) | | None | | | Buy | 08/06/15 | J | | |
| 95. | | | | | Sold | 08/25/15 | J | A | |
| 96.  # 3 - Second Sight Med Prods Inc Eyes Jan 15 2016 5.0 Call (EYES) | | None | | | Buy | 09/30/15 | J | | |
| 97. | | | | | Sold | 10/16/15 | J | A | |
| 98.  # 3 - Second Sight Med Prods Inc Eyes Jan 15 2016 7.5 Call (EYES) | | None | | | Buy | 09/28/15 | J | | |
| 99. | | | | | Sold | 10/16/15 | J | A | |
| 100.  SCB&T (also called South Carolina Bank & Trust) First Federal checking | | None | J | T | | | | | |
| 101.  NBSC (also called National Bank of South Carolina) | A | Interest | J | T | | | | | |
| 102.  Wells Fargo, NA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Equitable Variable: EQ Aggressive (whole life policy) | | None | J | T | | | | | |
| 104. Jefferson-Pilot Adjustable Life policy | | None | J | T | | | | | |
| 105. UGMA # A (Marked as # A) | | | | | | | | | |
| 106. # A - Capital World Growth & Income Fund Inc Cl C (CWGCX) | A | Dividend | J | T | | | | | |
| 107. # A - Capital World Growth & Income Fund - Class F-1 (CWGFX) | A | Dividend | J | T | Spinoff (from line 106) | 02/11/15 | J | | |
| 108. # A - First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 109. # A American Fds Washington Mut (Edu Svgs Acct)(no control) | A | Int./Div. | J | T | | | | | |
| 110. UGMA # A, Trust 1 (Marked as # AT1) | | | | | | | | | |
| 111. # AT1 - First Clearing, LLC - Cash balance | A | Int./Div. | J | T | | | | | |
| 112. # AT1 - AT&T Inc. (T) | A | Dividend | J | T | | | | | |
| 113. # AT1 - Russell Invt Co Multi-stragegy Alternative Fd Cl S (RM (RMSSX) | | None | J | T | Sold (part) | 03/02/15 | J | A | |
| 114. # AT1 - Russell Invt Co Global Infrastructure Fd Class S (RGISX) | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 115. # AT1 - Russell Invt Co Commodity Strategies Fd Cl S (RCCSX) | A | Dividend | J | T | | | | | |
| 116. # AT1 - Russell Invt Co Global Opportunistic Cr Fd Cl S (RGCSX) | | None | | | Sold (part) | 03/02/15 | J | A | |
| 117. | | | | | Sold (part) | 03/02/15 | J | A | |
| 118. | | | | | Sold (part) | 03/02/15 | J | A | |
| 119. | | None | | | Buy (add'l) | 02/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/02/15 | J | A | |
| 121. | | | | | Sold (part) | 03/02/15 | J | A | |
| 122. | | | | | Sold (part) | 03/02/15 | J | A | |
| 123. | | | | | Sold (part) | 03/02/15 | J | A | |
| 124. | | | | | Sold (part) | 03/02/15 | J | A | |
| 125. | | | | | Sold (part) | 03/02/15 | J | A | |
| 126. | | | | | Sold (part) | 03/02/15 | J | A | |
| 127. | | | | | Sold (part) | 03/02/15 | J | A | |
| 128. | | | | | Sold (part) | 03/02/15 | J | A | |
| 129. | | | | | Sold (part) | 03/02/15 | J | A | |
| 130. | | | | | Sold (part) | 03/02/15 | J | A | |
| 131. | | | | | Sold (part) | 03/02/15 | J | A | |
| 132. | | | | | Sold (part) | 03/02/15 | J | A | |
| 133. | | | | | Sold (part) | 03/02/15 | J | A | |
| 134. | | | | | Sold (part) | 03/02/15 | J | A | |
| 135. | | | | | Sold (part) | 03/02/15 | J | A | |
| 136. | | | | | Sold (part) | 03/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/02/15 | J | A | |
| 138. | | | | | Sold (part) | 03/02/15 | J | A | |
| 139. | | | | | Sold (part) | 03/02/15 | J | A | |
| 140. | | | | | Sold (part) | 03/02/15 | J | A | |
| 141. | | | | | Sold (part) | 03/02/15 | J | A | |
| 142. | | | | | Sold (part) | 03/02/15 | J | A | |
| 143. | | | | | Sold (part) | 03/02/15 | J | A | |
| 144. | | | | | Sold (part) | 03/02/15 | J | A | |
| 145. | | | | | Sold (part) | 03/02/15 | J | A | |
| 146. | | | | | Sold (part) | 03/02/15 | J | A | |
| 147. | | | | | Sold (part) | 03/02/15 | J | A | |
| 148. | | | | | Sold (part) | 03/02/15 | J | A | |
| 149. | | | | | Sold (part) | 03/02/15 | J | A | |
| 150. | | | | | Sold (part) | 03/02/15 | J | A | |
| 151. | | | | | Sold (part) | 03/02/15 | J | A | |
| 152. | | | | | Sold (part) | 03/02/15 | J | A | |
| 153. | | | | | Sold (part) | 03/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 03/02/15 | J | A | |
| 155. | | | | | Sold (part) | 03/02/15 | J | A | |
| 156. | | | | | Sold (part) | 03/02/15 | J | A | |
| 157. | | | | | Sold (part) | 03/02/15 | J | A | |
| 158. | | | | | Sold | 03/02/15 | J | A | |
| 159. # AT1 - Russell Emerging Mkts Cl S (REMSX) | A | Dividend | J | T | | | | | |
| 160. # AT1 Russell Invt Co Global Real Estate Secs Fd Cl S (RRESX) | A | Dividend | J | T | | | | | |
| 161. # AT1 - Russell Glbl Eqty Class S (RGESX) | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 162. # AT1 - Russell US Small Cap Equity Class S (RLESX) | A | Dividend | J | T | | | | | |
| 163. # AT1 - Russell Intl Develpd Mkts Fd Class S (RINTX) | A | Dividend | J | T | | | | | |
| 164. # AT1 - Russell Invt Co US Strategic Equity Fd Class S (RSESX) | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 165. UGMA # B (Marked ad # B) | | | | | | | | | |
| 166. # B - Capital Worl-Growth & Income Fund Inc, Cl C (CWGCX) | A | Dividend | J | T | | | | | |
| 167. # B - Capital World Growth & Income Fund - F-1 (CWGFX) | A | Dividend | J | T | Spinoff (from line 166) | 02/11/15 | J | | |
| 168. # B First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 169. # B Columbia Mgmt Futre Schol 529 Collge Svng Pl (no control) | A | Int./Div. | J | T | | | | | |
| 170. # B - BP PLC stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 4, line 1, Column B(1) for 1.25 acres Florence County received no rental income for the year therefore, column B(2) is "None".

Part VII Investmenst and Trust, line 100  SCB&T (also known as South Carolina Bank & Trust) acquired First Federal in 2015.  The surviving bank name is SCB&T or South Carolina Bank and Trust Company.

Part VII Investments and Trust,  line 107 and 167 Capital World Growth & Income Fd Inc Cl C (CWGCX) converts to Class F-1 shares after 10 years.  Since the original purcahse was on 2/10/2005, this conversion took place on 2/11/2015.  The converted shares are called Capital World Growth & Income Fund-Class F-1 (CWCFX).

Part VII, lines 3, 12, 108, 111 and 168 are the money market account portions of the brokerage accounts which act as sweep accounts for uninvested cash in that specific brokerage account.  We believe these to be a widely held accounts because they are a part of the brokerage accounts.

Part VII, lines 2, 8, 11, 105, 110, and 165 are header lines for the investments listed below the specific line.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas E. Rogers, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544